LAUREL HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorneys for Defendant
MICHAEL O'SHEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-00196-2 EMC |
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING SENTENCING |
| vs. | |
| MICHAEL O'SHEA, | |
| Defendant. | |

Sentencing in this matter is scheduled for January 16, 2008.  Due to scheduling issues delaying defendant's meeting with probation in preparation of the pre-sentence report, the draft pre-sentence report will not be available to the parties before defense counsel leaves on vacation on December 10, 2007.  Defense counsel will be out of the office from December 10, 2007 through January 1, 2008.  When the draft pre-sentence report is available, the defense will be unable to respond to it consistent with time limits set forth in Crim. L.R. 32.  Therefore,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that sentencing in the above-referenced matter is continued from January 16, 2008 to February 27, 2008.

DATED: December 12, 2007

_____
THE HONORABLE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen